UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAFAYON CHARLES,

    Petitioner,

v.                            Case No: 2:17-cv-154-FtM-99CM

SECRETARY, DOC,

    Respondent.
_____/

**OPINION AND ORDER**[1]

This matter comes before the Court on Plaintiff Dafayon Charles's Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus (Doc. #8) filed on August 4, 2017.

Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

In this instance, the Plaintiff informs the Court that he voluntarily dismisses the Petition without prejudice. No answer or summary judgment has been filed, therefore; the Petition is due to be dismissed without prejudice. Plaintiff is cautioned that while the one year limitation to file a habeas petition is tolled during the state court proceedings, the clock will resume running on his habeas petition once the state court proceedings are final.

Accordingly, it is now

**ORDERED:**

Plaintiff Dafayon Charles's Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus ([Doc. #8](Doc. #8)) is **GRANTED**. The Clerk of Court is directed to enter judgment accordingly, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of October, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Dafayon Charles
All Counsel of Record
SA: FTMP-2

2